1  R. Euna Kim (SBN 222141)
   Dominique A. Heller (SBN 260716)
2  dheller@reedsmith.com
   REED SMITH LLP
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071
4  Telephone:  +1 213 457 8058
   Facsimile:   +1 213 457 8080
5
   Attorneys for Defendant
6  Bank of America, N.A.

7

8             UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10

11 LUKE M. GIBSON, and LISA A. GIBSON,        No.: 2:11-CV-02141-JAM-EFB

12              Plaintiffs,                   STIPULATION TO VACATE ENTRY
                                              OF DEFAULT; ORDER
13     vs.
                                              Complt. Filed: August 12, 2011
14 BANK OF AMERICA, N.A; and DOES
   1-20, INCLUSIVE,
15
                Defendants.
16

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Luke Gibson and Lisa Gibson ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following stipulation to set aside the entry of default.

## I.   RECITALS

1. On August 12, 2011, Plaintiffs filed the instant action in the above-entitled Court against Defendant;

2. On October 25, 2011, Plaintiffs requested, and the Court entered, an Entry of Default against Defendants;

3. Good cause exists to vacate the entry of default;

4. The Parties enter into this stipulation, which the Parties seek for the Court's approval to set aside the entry of default against Defendant.

## II.   STIPULATION

1. The parties stipulate to this Court setting aside the Entry of Default entered on October 25, 2011;

2. Defendant shall file a responsive pleading within 10 days of the Court's Order adopting this Stipulation.

**SO STIPULATED**

DATED: November 7, 2011    REED SMITH LLP

By   /s/ Dominique A. Heller
Dominique A. Heller (SBN 260716)
Attorney for Defendant
Bank of America, N.A.

DATED: November 7, 2011    BAROKAS, MARTIN & TOMLINSON LLP

By   /s/ Joseph W. Creed
Joseph W. Creed (SBN 212129)
Attorney for Plaintiffs
Luke and Lisa Gibson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

## [PROPOSED] ORDER

The Court, having reviewed the stipulation of Plaintiffs Luke and Lisa Gibson and Defendant Bank of America, N.A., hereby adopts the stipulation as the order of the Court as follows:

The Entry of Default entered by the Court on October 25, 2011 is **VACATED.**

**IT IS SO ORDERED**

DATED:  11/7/2011                                  /s/ John A. Mendez_____

                                                                             Honorable John A. Mendez

                                                                             U.S. District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com