R. Euna Kim (SBN 222141)
ekim@reedsmith.com
Ashley L. Shively (SBN 264912)
Email:  ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE M. GIBSON, and LISA A. GIBSON,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA, N.A; and DOES 1-20, INCLUSIVE,<br><br>            Defendants.<br>S | No.: 2:11-CV-02141-JAM-EFB<br><br>**ORDER GRANTING IN PART, AND DENYING IN PART, BANK OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:          February 08, 2012<br>Time:          9:30 a.m.<br>Ctrm:          6<br>Complt. Filed August 12, 2011 |

[Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

On February 08, 2012 the Motion of Defendants Bank of America, N.A. to dismiss the Complaint of plaintiffs Luke and Lisa Gibson ("Plaintiffs") came on for hearing before this Court.  Having read and considered the pleadings in support of and opposition to the Motion and the arguments of counsel, this Court rules as follows:

1. Plaintiffs' Complaint fails to state claims for negligence, negligent infliction of emotional distress, violation of California's Business & Professions Code section 17200, invasion of privacy, and negligent hiring upon which relief may be granted against Defendant and, on that basis, Defendant's Motion is GRANTED.  Fed. R. Civ. Proc. 12(b)(6).  Plaintiffs have 20 days leave to amend the Complaint.

2. Plaintiffs' Complaint adequately states a claim for trespass, conversion and intentional infliction of emotional distress and, on that basis, Defendant's Motion is DENIED.  Fed. R. Civ. Proc. 12(b)(6).

**SO ORDERED:**

DATED:  2/10/2012

/s/ John A. Mendez_____
Honorable John A. Mendez
U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com