1  Joseph W. Creed (SBN 232129)
   Law Offices of Joseph W. Creed
2  PO Box 2543
   Renton, WA 98056
3  Tel: 800-679-4202
   Fax: 206-299-9886
4
   Attorneys for Plaintiff
5  LUKE M. GIBSON AND LISA A. GIBSON

6

7                     **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

10 | LUKE M. GIBSON and LISA A. GIBSON, | Case No. 2:11-cv-02141 JAM-EFB |
11 | PLAINTIFFS, | |
12 | vs. | **ORDER ON STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES** |
13 | BANK OF AMERICA N.A. and DOES 1-20, INCLUSIVE, | |
14 | | **(AS MODIFIED BY THE COURT)** |
15 | DEFENDANTS. | |

SM01DOCS\904475.1

STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

It Is Hereby Ordered as follows:

1. The discovery cut-off date for the production of documents and completion of depositions shall be extended from April 5, 2013, to May 31, 2013.

2. The discovery cut-off date for the parties to submit expert disclosures and reports concerning issues for which the Parties bear the burden of proof shall be extended from February 1, 2013 to April 5, 2013.

3. The discovery cut-off date for rebuttal experts disclosures and reports to be completed shall be extended from March 1, 2013 to May 31, 2013.

4. The date for hearing such motions shall be on or after August 2, 2013 at the Court's discretion.

5. The date for filing dispositive motions shall be extended from May 22, 2013 to June 19, 2013 and are to be noticed for hearing on July 24, 2013 at 9:30 a.m.

6. The Final Status Conference currently set for August 2, 2013 at 11:00 a.m. is reset for August 23, 2013 at 10:00 a.m. The parties joint pretrial statement shall be filed on or before August 16, 2013.

7. The jury trial currently set for October 7, 2013 at 9:00 a.m. shall remain as previously set by order of this Court.

DATED: 1/18/2013

/s/ John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com