1  Joseph W. Creed (SBN 232129)
   Law Offices of Joseph W. Creed
2  PO Box 2543
   Renton, WA 98056
3  Tel: 800-679-4202
   Fax: 206-299-9886
4
   Attorneys for Plaintiff
5  LUKE M. GIBSON AND LISA A. GIBSON

6

7                    **UNITED STATES DISTRICT COURT**

8                     **EASTERN DISTRICT OF CALIFORNIA**

9

10 | LUKE M. GIBSON and LISA A. GIBSON, | Case No. 2:11-cv-02141 JAM-EFB |

11 | PLAINTIFFS, |

12 | vs. | **ORDER ON STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES** |

13
   BANK OF AMERICA N.A. and DOES 1-20,
14 INCLUSIVE,

15                      DEFENDANTS.

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | It Is Hereby Ordered as follows:

2 | 1. The discovery cut-off date for the parties to submit expert disclosures and reports
3 | concerning issues for which the Parties bear the burden of proof shall be extended from April 5,
4 | 2013 to May 14, 2013.

5 | 2. The discovery cut-off date for rebuttal experts' disclosures and reports to be
6 | completed shall be extended from May 31, 2013 to June 11, 2013.

7 | 3. All other deadlines shall remain the same.

9 | DATED:  3/20/2013

                                                  /s/ John A. Mendez
   UNITED STATES DISTRICT COURT JUDGE