1  Joseph W. Creed (SBN 232129)
   Law Offices of Joseph W. Creed
2  PO Box 2543
   Renton, WA 98056
3  Tel: 800-679-4202
   Fax: 206-299-9886
4
   Attorneys for Plaintiff
5  LUKE M. GIBSON AND LISA A. GIBSON

6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 | LUKE M. GIBSON and LISA A. GIBSON, | Case No. 2:11-cv-02141 JAM-EFB |
11 | PLAINTIFFS, | |
12 | vs. | **ORDER ON STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES** |
13 | | |
14 | BANK OF AMERICA N.A. and DOES 1-20, INCLUSIVE, | |
15 | DEFENDANTS. | |

It Is Hereby Ordered as follows:

1. The discovery cut-off date for the parties to submit expert disclosures and reports concerning issues for which the Parties bear the burden of proof shall be extended from April 5, 2013 to May 14, 2013.

2. The discovery cut-off date for rebuttal experts' disclosures and reports to be completed shall be extended from May 31, 2013 to June 11, 2013.

3. All other deadlines shall remain the same.

DATED:  3/20/2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE