1

Joseph W. Creed (SBN 232129)
Law Offices of Joseph W. Creed

2

PO Box 2543

3

Renton, WA 98056
Tel: 800-679-4202

4

Fax: 206-299-9886

5

Attorneys for Plaintiff
LUKE M. GIBSON AND LISA A. GIBSON

6

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

LUKE M. GIBSON AND LISA A. GIBSON,

11

Plaintiff,

12

vs.

13

14

BANK OF AMERICA N.A. and DOES 1-20,
INCLUSIVE,

15

Defendants.

16

Case No. 2:11-cv-02141 JAM-EFB
Hon. John A. Mendez

**ORDER OF DISMISSAL WITH PREJUDICE**

17

18

ORDER

19

Based on the above Stipulation of the parties, it is ordered:

20

1.      The above captioned action is dismissed with prejudice; and

21

2.      No award of attorneys' fees or costs shall be made to either party.

22

23

DATED this 29th day of May, 2013

24

25

/s/ John A. Mendez_____
Judge John A. Mendez
U. S. District Court Judge

26

27

28