Joseph W. Creed (SBN 232129)
Law Offices of Joseph W. Creed
PO Box 2543
Renton, WA 98056
Tel: 800-679-4202
Fax: 206-299-9886

Attorneys for Plaintiff
LUKE M. GIBSON AND LISA A. GIBSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE M. GIBSON AND LISA A. GIBSON,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A. and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 2:11-cv-02141 JAM-EFB<br>Hon. John A. Mendez<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

ORDER

Based on the above Stipulation of the parties, it is ordered:

1. The above captioned action is dismissed with prejudice; and

2. No award of attorneys' fees or costs shall be made to either party.

DATED this 29th day of May, 2013

/s/ John A. Mendez
Judge John A. Mendez
U. S. District Court Judge